No. 81–1.  GOLDSBORO CHRISTIAN SCHOOLS, INC. *v.* UNITED STATES; and

No. 81–3.  BOB JONES UNIVERSITY *v.* UNITED STATES. C. A. 4th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: No. 81–1, 644 F. 2d 879; No. 81–3, 639 F. 2d 147.

No. 81–38.  CRAWFORD ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari granted and case set for oral argument in tandem with No. 81–9, *Washington* v. *Seattle School District No. 1, supra.*

No. 80–1695.  AIR LINE PILOTS ASSN., INTERNATIONAL *v.* PELAEZ DEL CASAL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–2046.  NEW ORLEANS PUBLIC SERVICE, INC. *v.* UNITED STATES; and

No. 80–2057.  MISSISSIPPI POWER & LIGHT CO. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 638 F. 2d 899.

No. 80–2099.  DAVIS *v.* MUELLAR, SHERIFF.  C. A. 8th Cir.  Certiorari denied.

No. 80–2122.  ILLINOIS CENTRAL GULF RAILROAD CO. *v.* CITY OF CHEROKEE ET AL.; and

No. 81–350.  INTERSTATE COMMERCE COMMISSION *v.* CITY OF CHEROKEE ET AL.  C. A. 8th Cir.  Certiorari denied.  Reported below: 641 F. 2d 1220.

No. 80–2193.  PAGE *v.* BOLGER, POSTMASTER GENERAL. C. A. 4th Cir.  Certiorari denied.